## Case No. 5,144.

FRYE v. SCOTT.

[3 Cranch, C. C. 294.] [1]

Circuit Court, District of Columbia. May Term, 1828.

Mr. Worthington and R. P. Dunlop,

Mr. Hellen, contra.

[1] [Reported by Hon. William Cranch, Chief Judge.]

THE COURT (nem. con.) overruled the objections, saying that it was not necessary that the appointment of Perley, by the two other arbitrators should be in writing; nor that the award should state that the two had disagreed before they appointed Perley. These facts may be proved by parol. Verdict and judgment for the plaintiff.